

Dec 17, 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20926-CR-MOORE/TORRES

18 U.S.C. § 670(a)(6)
18 U.S.C. § 670(a)(2)
18 U.S.C. § 670(a)(3)
18 U.S.C. § 670(c)(2)
18 U.S.C. § 2315
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

vs.

JOSE MARTINEZ SANTELICES,
LEINET ALONSO CABALLERO, and
YAMIRELIS MARTINEZ,

Defendants.
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Falsely
### Make, Alter, Forge, and Counterfeit Medical Product Labeling
### (18 U.S.C. § 670(a)(6))

From on or about June 22, 2012, through on or about June 14, 2013, the exact dates being unknown to the Grand Jury, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

JOSE MARTINEZ SANTELICES,
LEINET ALONSO CABALLERO, and
YAMIRELIS MARTINEZ,

did willfully, that is with the intent to further the object of the conspiracy, and knowingly combine, conspire, confederate and agree with each other and with others known and unknown to the Grand Jury to knowingly and falsely make, alter, forge, and counterfeit the labeling and

documentation of pre-retail medical products with a value of $5000 or greater, that is, Abbott Labs diabetic test strips, in and using a means and facility of interstate commerce, in violation of Title 18, United States Code, Section 670(a)(2), all in violation of Title 18, United States Code, Section 670(a)(6) and (c)(2).

## COUNT 2
### Falsely Making, Altering, Forging, and Counterfeiting Medical Product Labeling
### (18 U.S.C. § 670(a)(2))

In or around June 2013, the exact date being unknown to the Grand Jury, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE MARTINEZ SANTELICES,
LEINET ALONSO CABALLERO, and
YAMIRELIS MARTINEZ,**

did knowingly and falsely make, alter, forge, and counterfeit the labeling and documentation of a pre-retail medical product with a value of $5000 or greater, that is, Abbott Labs diabetic test strips, in and using a means and facility of interstate commerce, in violation of Title 18, United States Code, Sections 670(a)(2) and (c)(2), and 2.

## COUNT 3
### Possessing Falsely Labeled Medical Products
### (18 U.S.C. § 670(a)(3))

In or around June 2013, the exact date being unknown to the Grand Jury, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE MARTINEZ SANTELICES,
LEINET ALONSO CABALLERO, and
YAMIRELIS MARTINEZ,**

did knowingly possess, transport, and traffic in pre-retail medical products with a value of $5000 or greater, that is, Abbott Labs diabetic test strips, that were involved in a violation of Title 18, United States Code, Section 670(a)(2), as charged in Count 3, in and using a means and facility

of interstate commerce, in violation of Title 18, United States Code, Sections 670(a)(3) and (c)(2), and 2.

## COUNT 4
### Receiving, Possessing, and Selling Stolen Goods
### (18 U.S.C. § 2315)

On or about June 14, 2013, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE MARTINEZ SANTELICES,
LEINET ALONSO CABALLERO, and
YAMIRELIS MARTINEZ,**

did knowingly receive, possess, conceal, store, barter, sell, and dispose of any goods, wares, and merchandise, valued at $5000 or more, that is Abbott Labs diabetic test strips, which had crossed a State boundary after being stolen, unlawfully converted, and taken, knowing the same to have been stolen, unlawfully converted, and taken, in violation of Title 18, United States Code, Sections 2315, and 2.

## CRIMINAL FORFEITURE

Upon conviction of any of the violations alleged in Counts 1-4, defendants **JOSE MARTINEZ SANTELICES, LEINET ALONSO CABALLERO, AND YAMIRELIS MARTINEZ,** shall forfeit to the United States all property, real and personal, which constitutes or is derived from proceeds traceable to a violation of the afore-stated offenses.

Pursuant to Title 28, United States Code, Section 2461, Title 18, United States Code, Section 981(a)(1)(C), and Title 21, United States Code, Section 853.

If the property described above as being subject to forfeiture, as a result of any act or omission of the defendants,

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

All pursuant to Title 28 United States Code, Section 2461, Title 18 United States Code, Section 981(a)(1)(C) and Title 21 United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ROBERT T. WATSON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

JOSE MARTINEZ SANTELICES, et al.,

     Defendants.
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

| | Yes | No |
|---|---|---|
| New Defendant(s) | ___ | ___ |
| Number of New Defendants | ___ | |
| Total number of counts | ___ | |

**Court Division:** (Select One)

_X_ Miami   ___ Key West
___ FTL   ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   __YES__
   List language and/or dialect   __SPANISH__

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)     (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | II | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | _X_ |
   | V: | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) __Yes__
   If yes:
   Magistrate Case No. 13-03724-MJ-TORRES
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) __X__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _X_ No

           _/s/ RL_
           ROBERT T. WATSON
           ASSISTANT UNITED STATES ATTORNEY
           Florida Bar No. 679429

*Penalty Sheet(s) attached                  REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JOSE MARTINEZ SANTELICES

**Case No:** _____

Count #: 1

Conspiracy to Falsely Make and Alter Medical Product Labeling

Title 18, United States Code, Section 670(a)(6) and (c)(2)

* **Max. Penalty:**     15 years' imprisonment

Count #: 2

Falsely Making and Altering Medical Product Labeling

Title 18, United States Code, Section 670(a)(2) and (c)(2)

*__Max. Penalty:__     15 years' imprisonment

Count #: 3

Possessing a Falsely Labeled Medical Product

Title 18, United States Code, Section 670(a)(3) and (c)(2)

*__Max. Penalty:__     15 years' imprisonment

Count #: 4

Receiving, Possessing, and Selling Stolen Goods

Title 18, United States Code, Section 2315

* **Max. Penalty:**     15 years' imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** YAMIRELIS MARTINEZ

**Case No:** _____

Count #: 1

Conspiracy to Falsely Make and Alter Medical Product Labeling

Title 18, United States Code, Section 670(a)(6) and (c)(2)

**\* Max. Penalty:**     15 years' imprisonment

Count #: 2

Falsely Making and Altering Medical Product Labeling

Title 18, United States Code, Section 670(a)(2) and (c)(2)

**\*Max. Penalty:**     15 years' imprisonment

Count #: 3

Possessing a Falsely Labeled Medical Product

Title 18, United States Code, Section 670(a)(3) and (c)(2)

**\*Max. Penalty:**     15 years' imprisonment

Count #: 4

Receiving, Possessing, and Selling Stolen Goods

Title 18, United States Code, Section 2315

**\* Max. Penalty:**     15 years' imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** LEINET ALONSO CABALLERO

**Case No:** _____

Count #: 1

Conspiracy to Falsely Make and Alter Medical Product Labeling

Title 18, United States Code, Section 670(a)(6) and (c)(2)

**\* Max. Penalty:**     15 years' imprisonment

Count #: 2

Falsely Making and Altering Medical Product Labeling

Title 18, United States Code, Section 670(a)(2) and (c)(2)

**\*Max. Penalty:**     15 years' imprisonment

Count #: 3

Possessing a Falsely Labeled Medical Product

Title 18, United States Code, Section 670(a)(3) and (c)(2)

**\*Max. Penalty:**     15 years' imprisonment

Count #: 4

Receiving, Possessing, and Selling Stolen Goods

Title 18, United States Code, Section 2315

**\* Max. Penalty:**     15 years' imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.